UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC BELL, #248097,

    Plaintiff,                                   Civil Action No. 21-cv-11571
                                                         HON. BERNARD A. FRIEDMAN
                                                         MAG. ANTHONY P. PATTI

vs.

MICHIGAN DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

_____/

**<u>ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY WITHOUT PREJUDICE THE MOTION FOR TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION</u>**

This matter is presently before the Court on plaintiff Cedric Bell's "emergency order to show cause for preliminary injunction and temporary restraining order." (ECF No. 15). Magistrate Judge Anthony P. Patti has submitted a report and recommendation in which he recommends that the motion be denied without prejudice. (ECF No. 42). Bell twice requested additional time to file an objection to the report and recommendation. (ECF Nos. 46, 52). The Court granted this request both times. (ECF Nos. 49, 54). Further, upon discovery of a clerical error which may have impacted Bell's receipt of the latter extension, the Court granted him yet further time to object. (ECF No. 56). Nevertheless, he

has failed to do so and the time for filing an objection has passed. The Court has reviewed Bell's motion and the report and recommendation and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Patti's June 30, 2022, report and recommendation (ECF No. 42) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Bell's motion for a preliminary injunction and temporary restraining order (ECF No. 15) is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

                                                    s/Bernard A. Friedman
                                                    Hon. Bernard A. Friedman
                                                    Senior United States District Judge

Dated: December 28, 2022
      Detroit, Michigan